IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WYNN,

    Plaintiff,

    v.

C.M.A. (ATLANTA), et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3315-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action for failure to state a claim. For the reasons set forth in the Report and Recommendation, the Plaintiff has failed to state a claim for deliberate indifference to his medical needs by the medical staff at the Fulton County Jail. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 2 day of February, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Wynn\r&r.wpd